UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:24-CR- |
| | : | |
| v. | : | |
| | : | (Judge              ) |
| **DORIS SANTANA,** | : | |
| | : | |
| Defendant. | : | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
42 U.S.C. § 1383a
(Social Security Fraud)

From on or about May 1, 2018, until on or about September 23, 2024, in Juniata and Snyder Counties, within the Middle District of Pennsylvania, the defendant,

### DORIS SANTANA,

having knowledge of the occurrence of an event affecting her initial and continued right to the payment of Social Security benefits, namely her marriage on or about April 21, 2011, knowingly concealed and failed to disclose such event with the intent to fraudulently secure payment either in a greater amount than was due or when no payment was authorized.

All in violation of Title 42, United States Code, Section 1383a(3).

THE UNITED STATES ATTORNEY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 641
(Theft of Public Money)

From on or about May 1, 2018, until on or about September 23, 2024, in Juniata and Snyder Counties, within the Middle District of Pennsylvania, the defendant,

## DORIS SANTANA,

did knowingly and willfully embezzle, steal, purloin, and convert to her own use and the use of another money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely Social Security benefits having a value of approximately $78,359.30.

All in violation of Title 18, United States Code, Section 641.

THE UNITED STATES ATTORNEY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 641
(Theft of Public Money)

From on or about May 1, 2011, until on or about December 2, 2022, in Juniata and Snyder Counties, within the Middle District of Pennsylvania, the defendant,

## DORIS SANTANA,

did knowingly and willfully embezzle, steal, purloin, and convert to her own use and the use of another money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely Housing Choice Voucher Program benefits having a value of approximately $67,038.00.

All in violation of Title 18, United States Code, Section 641.

GERARD M. KARAM
United States Attorney

September 27, 2024

DAVID C. WILLIAMS
Assistant United States Attorney
PA 308745
1501 N. 6th Street, P.O. Box 202
Harrisburg, PA 17102
Phone: (717) 614-4245
Fax: (717) 221-4493
david.williams4@usdoj.gov

3